IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| PEDRO QUIROC BERNAL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:14-CV-107 |
| | ) | |
| FRANK PERRY, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on September 3, 2014, was served on the parties. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the entire record of this proceeding be transferred to the United States District Court for the Eastern District of North Carolina for further proceedings.

This the 30th day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE